UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN DOE subscriber assigned ) <br> IP address 174.175.246.244, ) <br> ) <br> Defendant. ) <br> ) | Civil Case No. 1:25-cv-00984-JKM <br><br> Honorable Julia K. Munley |

**PLAINTIFF'S VOLUNTARY DISMISSAL**
**<u>WITH PREJUDICE</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 174.175.246.244 are voluntarily dismissed with prejudice.

Dated: July 31, 2025             Respectfully submitted,

By: <u>*/s/ John C. Atkin*</u>
John C. Atkin, Esq. (PA 326957)
The Atkin Firm, LLC
55 Madison Avenue, Ste. 400
Morristown, NJ 07960
Tel: (973) 314-8010 / Fax: (833) 693-1201
JAtkin@AtkinFirm.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ John C. Atkin*
John C. Atkin, Esq. (PA 326957)
